UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:15-CV-61524-UU

HENRIETTA MANCINI,

        Plaintiff,

vs.

JPMORGAN CHASE BANK, N.A.,

        Defendant.
_____/

## JOINT STIPULATION FOR FINAL ORDER OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and having amicably resolved all matters in controversy, the parties jointly stipulate to a Dismissal with Prejudice of this action with each party to bear its own attorney's fees and costs except as otherwise agreed by the parties. The Court is respectfully requested to retain jurisdiction solely for the purpose of enforcing the settlement agreement should the need arise. The effectiveness of this stipulation is conditioned on the Court's entry of an order retaining jurisdiction. *See* Anago Franchising, Inc. v. Shaz, LLC, 677 F.3d 1272 (11th Cir. 2012).

## CONSENT OF COUNSEL FOR DEFENDANT

Pursuant to Rule 3J (3) of the Administrative Procedures of the United States District Court for the Southern District of Florida, the undersigned counsel for Plaintiff represents to the Court that counsel for Defendant has authorized him to affix his electronic signature to this Joint Stipulation for Final Order of Dismissal.

| | |
|---|---|
| /s/Yechezkel Rodal<br>Yechezkel Rodal Esq.<br>Florida Bar No. 91210<br>chezky@fight13.com<br>Loan Lawyers, LLC<br>2150 S. Andrews Ave., 2nd Floor<br>Fort Lauderdale, FL 33316<br>Telephone: (954) 523-4357<br>Facsimile: (954) 581-2786<br><br>*Counsel for Plaintiff* | /s/ Brendan I. Herbert<br>Brendan I. Herbert, Esq.<br>Florida Bar No. 61519<br>bherbert@leoncosgrove.com<br>Leon Cosgrove, LLC<br>255 Alhambra Circle, Suite 800<br>Coral Gables, FL 33134<br>Telephone: (305)740-1975<br>Facsimile: (305)437-8157<br><br>*Counsel for Defendant* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on June 8, 2016 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Brendan I. Herbert, Esq.
Leon Cosgrove, LLC
255 Alhambra Circle, Suite 800
Coral Gables, FL 33134
Counsel for Defendant
Service by CM/ECF

        LOAN LAWYERS, LLC
        *Attorneys for Plaintiff*
        2150 S. Andrews Ave., 2nd Floor
        Fort Lauderdale, FL 33316
        Telephone: (954) 523-4357
        Facsimile: (954) 581-2786

        */s/Yechezkel Rodal*
        Yechezkel Rodal, Esq.
        Florida Bar No. 91210
        chezky@fight13.com